# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARTA FARADAY,

    Plaintiff(s),

v.

SOUTHERN NEVADA HEALTH DISTRICT,

    Defendant(s).

Case No.: 2:17-cv-02867-MMD-VCF

**Order**

The Court has an early neutral evaluation scheduled for August 9, 2018. Docket No. 13. Having reviewed the statements submitted, it may be that the early neutral evaluation would be futile. As such, the Court **SETS** a telephonic hearing for 2:00 p.m. on August 6, 2018. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: August 3, 2018

                                              Nancy J. Koppe
                                              United States Magistrate Judge