PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
VICTORIA C. MULLINS, ESQ.
Nevada State Bar No. 13546
Mullins & Trenchak, Attorneys at Law
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
phil@mullinstrenchak.com
victoria@mullinstrenchak.com
Attorneys for Plaintiff,
*Arta Faraday*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARTA FARADAY, an individual, | CASE NO.: 2:17-cv-02867-MMD-VCF |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| SOUTHERN NEVADA HEALTH DISTRICT, a political subdivision of Clark County, Nevada, DOE INDIVIDUALS 1 through 300, and ROE BUSINESS OR GOVERNMENTAL ENTITIES, 1 through 300, Inclusive, | |
| Defendants. | |

HAROLD GEWERTER, ESQ. and PHILIP J. TRENCHAK, ESQ., attorneys of record for Plaintiff ARTA FARADAY, do hereby consent to the substitution of PHILIP J. TRENCHAK, ESQ. of MULLINS & TRENCHAK, ATTORNEYS AT LAW, as attorney for Plaintiff ARTA FARADAY, in the above entitled matter in their place and stead.

DATED this _12_ day of February, 2019.

HAROLD P. GEWERTER, ESQ. LTD.          MULLINS & TRENCHAK, ATTORNEYS AT LAW

_____          _____
HAROLD P. GEWERTER, ESQ.                 PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 499                 Nevada State Bar No. 9924
1212 S. Casino Center Blvd.              1614 S. Maryland Parkway
Las Vegas, Nevada 89104                  Las Vegas, Nevada 89104

1

PHILIP J. TRENCHAK, ESQ. of MULLINS & TRENCHAK, ATTORNEYS AT LAW, does hereby agree to be substituted in the place of HAROLD GEWERTER, ESQ. and PHILIP J. TRENCHAK, ESQ., as attorney for Plaintiff ARTA FARADAY, in the above entitled matter.

DATED this 12 day of February, 2019.

MULLINS & TRENCHAK, ATTORNEYS AT LAW

_____
PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
1614 S. Maryland Parkway
Las Vegas, Nevada 89104

Plaintiff ARTA FARADAY does hereby agree to the substitution of PHILIP J. TRENCHAK, ESQ. of MULLINS & TRENCHAK, ATTORNEYS AT LAW, as attorney of record in the above entitled matter.

DATED this 15 day of February, 2019.

_____
ARTA FARADAY

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** 2-15-2019

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 15 day of February, 2019, I served a true and correct copy of the foregoing **SUBSTITUTION OF ATTORNEY** via ECF filing, to the following:

REBECCA BRUCH, ESQ. (SBN 7289)
CHARITY F. FELTS, ESQ. (SBN 10581)
ERICKSON, THORPE & SWAINSTON, LTD
99 West Arroyo Street
Reno, Nevada 89509
*Attorneys for Defendant*

_____
An employee of Mullins & Trenchak, Attorneys at Law