REBECCA BRUCH, ESQ. (SBN 7289)
CHARITY F. FELTS, ESQ. (SBN 10581)
ERICKSON, THORPE & SWAINSTON, LTD.
99 W. Arroyo Street
Reno, Nevada 89509
Tel. (775)786-3930
Fax. (775)786-4160
rbruch@etsreno.com
cfelts@etsreno.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ARTA FARADAY,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN NEVADA HEALTH DISTRICT, a political subdivision of Clark County, Nevada, DOE INDIVIDUALS 1 through 300, and ROE BUSINESS OR GOVERNMENTAL ENTITIES, 1 through 300, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02867-MMD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, ARTA FARADAY, and Defendant, SOUTHERN NEVADA HEALTH DISTRICT, by and through their respective undersigned counsel of record, hereby stipulate and respectfully request an order dismissing this entire action with prejudice.

[Remainder of page intentionally left blank.]

1

Each party shall bear its own costs and fees for claims dismissed by this Stipulation and Order.

RESPECTFULLY SUBMITTED this 20th day of May, 2019.

MULLINS & TRENCHAK, ATTORNEYS AT LAW

/s/ Phillip J. Trenchak
PHILLIP J. TRENCHAK, ESQ. (SBN 9924)
1614 S. Maryland Pkwy.
Las Vegas, Nevada 89104
*Attorney for Plaintiff*

RESPECTFULLY SUBMITTED this 20th day of May, 2019.

ERICKSON, THORPE & SWAINSTON, LTD

/s/ Charity F. Felts
REBECCA BRUCH, ESQ. (SBN 7289)
CHARITY F. FELTS, ESQ. (SBN 10581)
99 West Arroyo Street
Reno, Nevada 89509
*Attorneys for Defendant*

## **ORDER**

The parties having stipulated,

IT IS SO ORDERED that this case shall be dismissed with prejudice, with each party to bear its own fees and costs.

DATED: May 21, 2019

_____
United States District Court Judge